# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **In re:** § | **CHAPTER 11 CASE** |
| § | |
| **TXCO RESOURCES INC.,** *et al.,* § | **CASE NO. 09-51807** |
| § | |
| **Debtors.** § | **Jointly Administered** |

## AMENDED NOTICE OF OMNIBUS HEARING

Please take notice that the omnibus hearing date previously set by the Court for **June 24, 2009 at 2:00 p.m.** has been reset to **June 26, 2009 at 2:30 p.m.** before the Honorable Ronald B. King, United States Courthouse, 615 E. Houston St., Courtroom 3, San Antonio, Texas 78205.

Any person desiring to appear telephonically at the hearing should contact CourtCall at (866) 582-6878 Monday through Friday between the hours of 5:00 a.m. and 5:30 p.m. (Pacific Time). In order to ensure the ability to participate telephonically, CourtCall must receive any request no later than the business day prior to the hearing. The Telephonic Appearance Instructions are attached as Exhibit "A".

Dated: June 11, 2009   Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By: */s/ Thomas Rice*
Deborah D. Williamson
State Bar No. 21617500
Patrick L. Huffstickler
State Bar No. 10199250
Thomas Rice
State Bar No. 24025613
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION**

2584823.1

# EXHIBIT "A"

# COURTCALL TELEPHONIC APPEARANCE INSTRUCTIONS

1. Contact CourtCall at (866) 582-6878 no later than the business day prior to the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and provide a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are responsible for their own expenses and will be billed directly by CourtCall. The initial charge for this court conference appearance is $25.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $25.00; 46-60 minutes - $31.50; 61 minutes and above - an additional $6.50 per each additional 15 minute increment.

2584823.1