Exhibit B

| | | |
|---|---|---|
| 464-6611-134-5953<br>ACE TRANSPORTATION<br>PO BOX 975357<br>DALLAS TX 75397-5357 | 464-6611-135-5954<br>ALICE SOUTHERN EQUIPMENT SERVICE, INC<br>PO BOX 2058<br>ALICE TX 78333 | 464-6611-136-5955<br>ALLIS-CHALMERS ENERGY, INC<br>STEVE COURVILLE, CREDIT MANAGER<br>1125 REGIONAL PARK<br>HOUSTON TX 77060 |
| 464-6611-194-6006<br>ANDERSON, SMITH, NULL & STOFER, LLP - ATTYS<br>FOR THOMAS PETROLEUM<br>RICHARD T CHAPMAN<br>ONE O CONNOR PLZ SEVENTH FL<br>PO BOX 1969<br>VICTORIA TX 77902 | 464-6611-79-6034<br>ANDREWS KURTH LLP<br>PAUL D MOAK<br>600 TRAVIS STE 4200<br>HOUSTON TX 77002 | 464-6611-91-5937<br>APACHE CORPORATION<br>PO BOX 840094<br>DALLAS TX 75284-0094 |
| 464-6611-137-5956<br>APACHE CORPORATION<br>KIM PHAM, SR TREASURY ANALYST<br>2000 POST OAK BLVD SUITE 100<br>HOUSTON TX 77056-4400 | 464-6611-92-6035<br>BAKER HUGHES<br>PO BOX 200415<br>HOUSTON TX 77216-0415 | 464-6611-183-6001<br>BAKER HUGHES OILFIELD OPERATIONS, INC.<br>CHRISTOPHER RYAN<br>2929 ALLEN PKWY STE 2300<br>HOUSTON TX 77019 |
| 464-6611-1425-6019<br>BOURLAND & LEVERICH SUPPLY CO<br>BOB DVORK<br>PO BOX 778<br>PAMPA TX 79066 | 464-6611-93-6036<br>C & J SPEC-RENT SERVICES, INC<br>PO BOX 671590<br>DALLAS TX 75267-1590 | 464-6611-138-5957<br>C&J SPEC-RENT SERVICES, INC<br>PO BOX 671590<br>DALLAS TX 75267-1590 |
| 464-6611-139-5958<br>CAMERON INTERNATIONAL CORPORATION<br>PO BOX 730491<br>DALLAS TX 75373-0491 | 464-6611-94-6037<br>CAPITAL WELL SERVICE, LLC<br>1437 E ST<br>JOURDANTON TX 78026 | 464-6611-1454-6026<br>CASTILLO SNYDER, PC<br>JESSE R CASTILLO<br>BANK OF AMERICA PLZ STE 1020<br>300 CONVENT ST<br>SAN ANTONIO TX 78205 |
| 464-6611-118-5939<br>CASTILLO SNYDER, PC<br>EDWARD C SNYDER<br>BANK OF AMERICA PLZ STE 1020<br>300 CONVENT ST<br>SAN ANTONIO TX 78205 | 464-6611-1410-6012<br>CONCORD CORPORATION C/O PLUNKETT & GIBSON<br>RONALD HORNBERGER, ESQ<br>70 NE LOOP 410 STE 1100<br>SAN ANTONIO TX 78216 | 464-6611-95-6038<br>CORNERSTONE E & P COMPANY<br>5525 N MACARTHUR BLVD<br>IRVING TX 75038-2665 |
| 464-6611-140-5959<br>CORPUS CHRISTI ELECTRIC COMPANY, INC<br>PO BOX 2884<br>2323 LEOPARD ST<br>CORPUS CHRISTI TX 78408 | 464-6611-96-6039<br>CORPUS CHRISTI ELECTRIC, INC<br>KEN KELLER<br>PO BOX 2884<br>CORPUS CHRISTI TX 78403 | 464-6611-1452-6024<br>DORé & ASSOCIATES, ATTORNEYS, PC<br>CARL DORé, JR<br>17171 PARK ROW STE 350<br>HOUSTON TX 77084 |
| 464-6611-97-6040<br>DOUG FRAZIER<br>PO BOX 2539<br>EAGLE PASS TX 78852 | 464-6611-141-5960<br>DOWNING WELLHEAD EQUIPMENT, INC<br>8528 SW 2ND ST<br>OKLAHOMA CITY OK 73128 | 464-6611-1453-6025<br>DUANE MORRIS (COUNSEL FOR BANK OF MONTREAL)<br>JOEL M WALKER<br>600 GRANT ST STE 5010<br>PITTSBURGH PA 15219-2811 |
| 464-6611-192-6005<br>DUANE MORRIS - ATTYS FOR BANK OF MONTREAL<br>THOMAS W SANKEY<br>3200 SW FWY STE 3150<br>HOUSTON TX 77027-7534 | 464-6611-39-5936<br>DUANE MORRIS, LLP<br>CANDICE SCHIFFMAN<br>3200 SW FWY STE 3150<br>HOUSTON TX 77027 | 464-6611-142-5961<br>EAGLE EYE EXPLORATION LLC<br>5773 WOODWAY DR STE 140<br>HOUSTON TX 77057 |
| 464-6611-143-5962<br>EASTERN OIL WELL SERVICE COMPANY<br>9821 KATY FWY STE 1050<br>HOUSTON TX 77024 | 464-6611-121-5941<br>EASTERN OIL WELL SERVICE COMPANY<br>JANE E MOORE, CONTROLLER<br>9821 KATY FWY STE 1050<br>HOUSTON TX 77024 | 464-6611-144-5963<br>FESCO, LTD<br>1000 FESCO AVE<br>ALICE TX 78332 |

```
464-6611-124-5944
FOWLER RODRIGUEZ VALDES-FAULI
JUSTIN WR RENSHAW
FOUR HOUSTON CTR
1331 LAMAR ST STE 1560
HOUSTON TX 77010

464-6611-125-5945
FOWLER RODRIGUEZ VALDES-FAULI
DEBORAH LAWSON
FOUR HOUSTON CTR
1331 LAMAR ST STE 1560
HOUSTON TX 77010

464-6611-37-6030
FULBRIGHT & JAWORSKI, LLP
COURTNEY MARCUS
2200 ROSS AVE STE 2800
DALLAS TX 75201

464-6611-196-6059
GLOBAL HUNTER SECURITIES, LLC
MICHAEL H. SCHMIDT
601 POYDRAS ST STE 2025
NEW ORLEANS LA 70130

464-6611-1418-6015
GLOBAL MANAGEMENT SERVICES LLC
JOHN J ARBOUR, SR ACCT MANAGER
PO BOX 6426
METAIRIE LA 70009

464-6611-98-6041
HALLIBURTON ENERGY SERVICE
PO BOX 203143
HOUSTON TX 77216-3143

464-6611-99-6042
HBK RESOURCES, LTD
2201 505 6 ST SW
CALGARY AB T2P 1X5 CANADA

464-6611-145-5964
HBK RESOURCES, LTD
106 WENTWILLOW LANE SW
CALGARY AB T3H 5W8 CANADA

464-6611-146-5965
HEBBRONVILLE LONE STAR RENTALS, LLC
PO BOX 6546
ABILENE TX 79608-6546

464-6611-1423-6018
HOLLY C HAMM
SNOW FOGEL SPENCE, LLP
2929 ALLEN PKWY STE 4100
HOUSTON TX 77019

464-6611-100-6043
INNOVATIVE ENERGY SERVICES, INC
5250 FM 2855
KATY TX 77493

464-6611-130-5949
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA 19114

464-6611-131-5950
INTERNAL REVENUE SERVICE
CHRISTINA STRECKER
MAIL DROP POINT N781
11601 ROOSEVELT BLVD
PHILADELPHIA PA 19154

464-6611-204-6008
IRA M KARP
LAW OFFICES OF IRA M KARP
320 LEXINGTON AVE
SAN ANTONIO TX 78215

464-6611-147-5966
ITS ENGINEERED SYSTEMS, INC
6818 FM 2855
KATY TX 77493

464-6611-699-6011
J & J EXCAVATING & MATERIALS
4236 N US HWY 83
CRYSTAL CITY TX 78839

464-6611-189-6002
JACKSON WALKER LLP - ATTYS FOR BANK OF
MONTREAL
J SCOTT ROSE
112 E PECAN ST STE 2400
SAN ANTONIO TX 78205

464-6611-190-6003
JACKSON WALKER LLP - ATTYS FOR BANK OF
MONTREAL
TONI PRICE
112 E PECAN ST STE 2400
SAN ANTONIO TX 78205

464-6611-191-6004
JACKSON WALKER LLP - ATTYS FOR BANK OF
MONTREAL
MATTHEW SWANTNER
112 E PECAN ST STE 2400
SAN ANTONIO TX 78205

464-6611-148-5967
JF RALSTON CO, INC
JOHN F RALSTON, JR, PRESIDENT
PO BOX 25
CARRIZO SPRINGS TX 78834

464-6611-126-5946
JOSE J RUIZ
513 CEYLON ST
EAGLE PASS TX 78852

464-6611-205-6009
KATHLEEN O'CONNOR
1300 POST OAK BLVD STE 830
HOUSTON TX 77057

464-6611-53-6031
LANGLEY & BANACK, INC
HERIBERTO MORALES, JR
401 QUARRY ST
EAGLE PASS TX 78852

464-6611-123-5943
LARRY C MORRIS
4295 SAN FELIPE
STE 210
HOUSTON TX 77027

464-6611-129-5948
LAW OFFICES OF FRANK HERRERA
LEO D FIGUEROA
111 SOLEDAD STE 1900
SAN ANTONIO TX 78205

464-6611-101-6044
LIDE INDUSTRIES, INC
1618 W HWY 84
MEXIA TX 76667-4556

464-6611-1456-6028
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL FOR BEXAR CTY, ZAVALA CAD, EAGLE
PASS, MAVERICK CTY.
TRAVIS BLDG
711 NAVARRO STE 300
SAN ANTONIO TX 78205

464-6611-1455-6027
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL FOR WOOD COUNTY)
2323 BRYAN ST STE 1600
DALLAS TX 75201

464-6611-1432-6022
LYNCH, CHAPPELL & ALSUP (COUNSEL FOR FLATIRON
CAPITAL)
RANDALL L ROUSE
THE SUMMIT STE 700
300 N MARIENFIELD
MIDLAND TX 79701

464-6611-149-5968
MANGUM'S OILFIELD SERVICES, LTD
PO BOX 786
EAGLE LAKE TX 77434
```

| | | |
|---|---|---|
| 464-6611-102-6045<br>MCGUIRE INDUSTRIES, INC<br>2416 W 42ND ST<br>ODESSA TX 79764-6309 | 464-6611-1422-6017<br>MESA SAFETY SERVICES<br>PO BOX 141<br>PLEASANTON TX 78064 | 464-6611-150-5969<br>MIDWAY OILFIELD CONSTRUCTORS INC<br>BILLY A SMITH, SR - PRESIDENT<br>12627 NE HWY 21<br>PO BOX 245<br>MIDWAY TX 75852 |
| 464-6611-151-5970<br>MR DOUGLAS FRAZIER D/B/A BIG TEX MUD CO<br>PO BOX 2593<br>EAGLE PASS TX 78852 | 464-6611-103-6046<br>MTZ VACUUM SERVICE<br>PO BOX 1555<br>UVALDE TX 78802 | 464-6611-104-6047<br>NABORS WELL SERVICES CO<br>PO BOX 973510<br>DALLAS TX 75397-3510 |
| 464-6611-152-5971<br>NEW CENTURY FINANCIAL<br>KRISTINA L CASHION, STAFF ATTORNEY<br>2700 POST OAK BLVD STE 2325<br>HOUSTON TX 77056 | 464-6611-122-5942<br>ODEN & JONES, LLP<br>VON A JONES<br>71 N WRIGHT<br>ALICE TX 78332 | 464-6611-153-5972<br>OMNI ENERGY SERVICES CORP/RIG TOOLS, INC<br>MARK E STIPE, VP & GENERAL COUNSEL<br>4500 NE EVANGELINE THRUWAY<br>CARENCRO LA 70520 |
| 464-6611-154-5973<br>PATTERSON - UTI DRILLING COMPANY LLC<br>PO BOX 75326 0111<br>DALLAS TX 75326 | 464-6611-155-5974<br>PETROSPEC ENGINEERING, LTD<br>5307 72A AVE NW<br>EDMONTON AB T6B 2J1 CANADA | 464-6611-156-5975<br>PINNERGY, LTD<br>BARBARA MAYFIELD, GENERAL COUNSEL<br>111 CONGRESS AVE STE 2020<br>AUSTIN TX 78701 |
| 464-6611-120-5940<br>PORTER, ROGERS, DAHLMAN & GORDON, PC<br>SCOTT J DUNCAN<br>800 N SHORELINE BLVD STE 800S<br>CORPUS CHRISTI TX 78401 | 464-6611-105-6048<br>PRECISION GAS WELL TESTING LP<br>PO BOX 659506<br>SAN ANTONIO TX 78265-9506 | 464-6611-157-5976<br>PROFESSIONAL WIRELINE RENTALS, LLC<br>PHYLLIS ALBERT<br>1016 N CRUSE AVE<br>BROUSSARD LA 70518 |
| 464-6611-158-5977<br>RATHOLE DRILLING, INC<br>PO BOX 389<br>ALICE TX 78333 | 464-6611-1428-6020<br>SCHLUMBERGER TECHNOLOGY CORPORATION<br>JAMES M SCZUDLO<br>1325 S DAIRY ASHFORD<br>HOUSTON TX 77077 | 464-6611-132-5951<br>SECURITIES AND EXCHANGE COMMISSION<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 464-6611-159-5978<br>SMITH INTERNATIONAL, INC<br>DON PINKSTON<br>16740 EAST HARDY<br>HOUSTON TX 77032 | 464-6611-1451-6023<br>SNOW FOGEL SPENCE, LLP (COUSEL FOR TOTAL PRODUCTION SERVICES, INC.)<br>KENNETH P GREEN<br>2929 ALLEN PKWY STE 4100<br>HOUSTON TX 77019 | 464-6611-160-5979<br>SPECIALTY RENTAL TOOLS & SUPPLY, LLC<br>1600 E HWY 6 STE 418<br>ALVIN TX 77511 |
| 464-6611-106-6049<br>ST MARY LAND & EXPLORATION CO<br>DEPT 384<br>1776 LINCOLN STE 700<br>DENVER CO 80291-0384 | 464-6611-161-5980<br>STALLION OILFIELD SERVICES, LTD<br>PO BOX 1486<br>DEPT 879<br>HOUSTON TX 77251-1486 | 464-6611-107-6050<br>STANDARD TUBE COMPANY<br>PO BOX 4481 MSC # 100<br>HOUSTON TX 77210-4481 |
| 464-6611-1411-6013<br>DIVISION OF CORPORATIONS STATE OF DELAWARE<br>MAZIE KRAMER, BANKRUPTCY SPECIALIST<br>FRANCHISE TAX DEPT<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 464-6611-64-6032<br>STINGER WELLHEAD PROTECTION<br>DEPT 124<br>PO BOX 4869<br>HOUSTON TX 77210-4869 | 464-6611-108-6051<br>STRATA DIRECTIONAL TECHNOLOGY<br>PO BOX 200807<br>DALLAS TX 75320-0807 |
| 464-6611-162-5981<br>STRIDE WELL SERVICE COMPANY<br>PO BOX 3505<br>ENID OK 73702 | 464-6611-163-5982<br>TASCO TOOL SERVICE, LTD<br>PO BOX 3203<br>ALICE TX 78333 | 464-6611-109-6052<br>TECHMATION ELECTRIC<br>#1 43 E LAKE CRESCENT NE<br>AIRDRIE AB T4A 2H5 CANADA |

| | | |
|---|---|---|
| 464-6611-164-5983<br>TECHMATION ELECTRIC & CONTROL, LTD<br>#1 43 E LAKE CRESCENT NE<br>AIRDRIE AB T4A 0A2 CANADA | 464-6611-203-6007<br>TERRY JACOBSON<br>JACOBSON LAW FIRM<br>733 W SECOND AVE<br>CORSICANA TX 75110 | 464-6611-165-5984<br>TEXAS HOT SHOT<br>PO BOX 975390<br>DALLAS TX 75397-5390 |
| 464-6611-166-5985<br>TEXSTAR COMPRESSION, LP<br>MARTIN KALER, VP COMMERCIAL BUSINESS | 464-6611-167-5986<br>THE SOUTH TEXAS SUPPLY COMPANY, INC<br>JEFFERY BRYMER, SECRETARY/TREASURER<br>1064 W HWY 85<br>DILLEY TX 78017 | 464-6611-1413-6014<br>ASSISTANT ATTORNEY GENERAL THE TEXAS<br>ATTORNEY GENERAL'S OFFICE<br>ABIGAIL R. RYAN<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548 MC 008<br>AUSTIN TX 78711-2548 |
| 464-6611-168-5987<br>THE TREAT-EM-RITE CORPORATION<br>PO BOX 214<br>PEARSALL TX 78061 | 464-6611-169-5988<br>THOMAS ENERGY SERVICES LLC BY AND THROUGH ITS<br>DIVISIONS THOMAS TOOLS AND TUBING SPECIALISTS<br>LINSA DUTIL<br>PO BOX 12134<br>NEW IBERIA LA 70562 | 464-6611-1420-6016<br>THOMAS J SMITH / KELLY C HARTMENN<br>GALLOWAY JOHNSON TOMPKINS BURR & SMITH PC<br>1301 MCKINNEY STE 1400<br>HOUSTON TX 77010 |
| 464-6611-170-5989<br>THOMAS PETROLEUM, LLC<br>RONDA BASSANO, CREDIT MANAGER<br>9701 US HWY 59 N<br>PO BOX 1876<br>VICTORIA TX 77902 | 464-6611-110-6053<br>THOMAS PETROLEUM, LTD<br>PO BOX 4317<br>VICTORIA TX 77903-4317 | 464-6611-171-5990<br>TOP NOTCH ENERGY SERVICES, INC<br>4910 LEOPARD ST STE 500<br>CORPUS CHRISTI TX 78408 |
| 464-6611-172-5991<br>TOTAL PRODUCTION SERVICES, INC<br>TOWNES G PRESSLER<br>500 DALLAS STE 2920<br>HOUSTON TX 77002 | 464-6611-172-5992-CC<br>TOTAL PRODUCTION SERVICES, INC C/O SNOW FOGEL<br>SPENCE, LLP<br>KENNETH P GREEN<br>2929 ALLEN PKWY STE 4100<br>HOUSTON TX 77019 | 464-6611-173-5993<br>TRABARR PARTNERS LTD<br>BARR PIPE COMPANY GP<br>PO BOX 835<br>CORPUS CHRISTI TX 78403 |
| 464-6611-1429-6021<br>ATTORNEYS AT LAW TREVINO VALLS & HAYNES LLP<br>RICHARD E HAYNES II<br>6909 SPRINGFIELD AVE STE 200<br>LAREDO TX 78041 | 464-6611-115-6058<br>UHL, FITZSIMONS & JEWETT, PLLC<br>JOSEPH BC FITZSIMONS<br>440 BROADWAY STE 430<br>SAN ANTONIO TX 78209 | 464-6611-116-5938<br>UHL, FITZSIMONS & JEWETT, PLLC<br>J BYRON BURTON, III<br>440 BROADWAY STE 430<br>SAN ANTONIO TX 78209 |
| 464-6611-174-5994<br>UNISON DRILLING, INC<br>PO BOX 715<br>DEVINE TX 78016 | 464-6611-133-5952<br>UNITED STATES ATTORNEY'S OFFICE<br>601 NW LOOP 410 STE 600<br>SAN ANTONIO TX 78216 | 464-6611-112-6055<br>VERSA TECH AUTOMATION SERVICES<br>11349 FM 529 RD<br>HOUSTON TX 77041 |
| 464-6611-176-5996<br>VERSATECH AUTOMATION SERVICES<br>DAVID R VOLZ JR, PRESIDENT<br>11349 FM 529 RD<br>HOUSTON TX 77041 | 464-6611-177-5997<br>VICTORIA OILFIELD RENTAL & SALES, INC<br>PO BOX 3942<br>VICTORIA TX 77903 | 464-6611-127-5947<br>WADLER, PERCHES, HUNDL & KERLICK<br>PHILIP J HUNDL<br>101 W BURLESON ST<br>WHARTON TX 77488 |
| 464-6611-113-6056<br>WEATHERFORD ARTIFICIAL LIFT SYSTEMS<br>PO BOX 200937<br>HOUSTON TX 77216-0937 | 464-6611-178-5998<br>WEATHERFORD INTERNATIONAL, INC/WEATHERFORD<br>ARTIFICIAL LIFT SYSTEMS<br>WILLIAM LOWERRE - LEGAL DEPT<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 464-6611-114-6057<br>WEST TEXAS GAS MARKETING<br>211 NORTH COLORADO<br>MIDLAND TX 79701-4696 |
| 464-6611-206-6010<br>WILLIAM H LUCK, JR<br>1412B STONEHOLLOW DR<br>HUMBLE TX 77339 | 464-6611-179-5999<br>WOOD GROUP LOGGING SERVICES<br>MR JON PIANTES<br>19416 PARK ROW STE 100<br>HOUSTON TX 77084 | 464-6611-180-6000<br>WOOD GROUP MANAGEMENT SERVICES, INC<br>MR ROBIN FLOYD<br>17420 KATY FREEWAY STE 300<br>HOUSTON TX 77094 |