UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AUG 13 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN RE: § CIVIL NO. SA- 09-CA-654-FB
TXCO Resources, Inc., et al. § BANKRUPTCY CASE NO. 09-51807-rbk
(Debtor) §
§ Adversary No.
Patterson-UTI Drilling Company, LLC §
§ NOTICE OF DOCKETING RECORD
(APPELLANT) § ON APPEAL
§
vs. §
§ FILED
§ AUG 14 2009
§ U.S. BANKRUPTCY COURT
§ BY _____ DEPUTY
TXCO Resources, Inc. §
(APPELLEE) §

TO: SEE ATTACHED LIST OF PARTIES TO APPEAL

On August 11, 2009, the following record on appeal being that of:
Patterson-UTI Drilling Co, LLC of the Final Order Authorizing Debtors to Incur Post-Petition Sec. Indebtedness II Granting Security Interests & III Approving Cash Collat entered June 15, 2009
was filed in the United States District Court for the Western District of Texas, San Antonio Division, and assigned to the Honorable Fred Biery.

Unless otherwise directed by court order the filing of briefs on appeal shall be in accordance with Bankruptcy Rule 8009 which provides, in part, the following:

(1) The appellant shall serve and file his brief within 15 days after entry of the appeal on the docket pursuant to Rule 8007.

(2) The appellee shall serve and file his brief within 15 days after service of the brief of the appellant.

(3) The appellant may serve and file a reply brief within 10 days after service of the brief of the appellee."

William G. Putnicki, Clerk
United States District Court

By: _____
Gina Amaya, Deputy Clerk

List of Parties: 09-51807

**SA09CA0654 FB**

<u>Appellant</u>

Patterson -UTI Drilling Company, LLC
atty Pamela G. Johnson
Baker & Hostetler LLP
1000 Louisiana, Ste 2000
Houston, TX 77002-5018

<u>Appellee</u>

TXCO Resources, Inc. et al.
atty Deborah D. Williamson
Cox Smith Matthews, Inc.
112 E. Pecan, Ste 1800
San Antonio, TX 78205

TXCO Resources, Inc. et al.
atty Patrick L. Huffstickler
Cox Smith Matthews, Inc.
112 E. Pecan, Ste 1800
San Antonio, TX 78205

TXCO Resources, Inc. et al.
atty Lindsay D. Graham
Cox Smith Matthews, Inc.
112 E. Pecan, Ste 1800
San Antonio, TX 78205

<u>Interested party</u>

U.S. Trustee
P O Box 1539
San Antonio, TX 78295