# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 CASE |
| | § | |
| TXCO RESOURCES INC., *et al.*, | § | CASE NO. 09-51807 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF HEARING

Please take notice that a hearing will be conducted on **September 9, 2009 at 9:30 a.m.** before the Honorable Ronald B. King, United States Courthouse, 615 E. Houston Street, Courtroom 3, San Antonio, Texas 78205, to consider the following:

1. *Motion for Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusive Periods During Which Debtors May File Plans of Reorganization and Solicit Acceptances of Such Plans* [Docket No. 461].

Any person desiring to appear telephonically at the hearing should contact CourtCall at (866) 582-6878 Monday through Friday between the hours of 5:00 a.m. and 5:30 p.m. (Pacific Time). In order to ensure the ability to participate telephonically, CourtCall must receive any request no later than the business day prior to the hearing. The Telephonic Appearance Instructions are attached as Exhibit "A".

2669434.1

Dated: August 18, 2009                    Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By:   /s/ Thomas Rice
     Deborah D. Williamson
     State Bar No. 21617500
     Patrick L. Huffstickler
     State Bar No. 10199250
     Thomas Rice
     State Bar No. 24025613
     112 East Pecan Street, Suite 1800
     San Antonio, Texas 78205
     (210) 554-5500
     (210) 226-8395 (Fax)

**ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION**

# EXHIBIT "A"

# COURTCALL TELEPHONIC APPEARANCE INSTRUCTIONS

1. Contact CourtCall at (866) 582-6878 no later than the business day prior to the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and provide a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are responsible for their own expenses and will be billed directly by CourtCall. The initial charge for this court conference appearance is $25.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $25.00; 46-60 minutes - $31.50; 61 minutes and above - an additional $6.50 per each additional 15 minute increment.

2669434.1