The relief described hereinbelow is SO ORDERED.

Signed December 14, 2009.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **In re:** § § | **CHAPTER 11 CASE** |
| **TXCO RESOURCES INC.,** *et al.,* § § | **CASE NO. 09-51807** |
| **Debtors.** § § § | **Jointly Administered** |

**ORDER GRANTING EXPEDITED HEARING ON MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT; (II) RECORD DATE, VOTING DEADLINE AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS; (III) PROCEDURES FOR FILING OBJECTIONS TO PLAN; (IV) SOLICITATION PROCEDURES FOR CONFIRMATION; AND <u>(V) A HEARING DATE TO CONSIDER CONFIRMATION OF THE PLAN</u>**

The Court has considered the *Motion for Expedited Hearing on the Motion for Order Approving (I) Disclosure Statement; (II) Record Date, Voting Deadline and Procedures for Temporary Allowance of Certain Claims; (III) Procedures for Filing Objections to Plan; (IV) Solicitation Procedures for Confirmation; and (V) a Hearing Date to Consider Confirmation of the Plan* (the "Motion")[1]  The Court finds that (i) it has jurisdiction over the matters raised in the

---
[1] Capitalized terms not herein defined shall have the meaning assigned to them in the Motion.

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (v) all objections to the Motion have been resolved by this Order or are overruled in their entirety; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS, THEREFORE, ORDERED** that the Motion is hereby granted; and

**IT IS FURTHER ORDERED** that the *Motion for Order Approving (I) Disclosure Statement; (II) Record Date, Voting Deadline and Procedures for Temporary Allowance of Certain Claims; (III) Procedures for Filing Objections to Plan; (IV) Solicitation Procedures for Confirmation; and (V) a Hearing Date to Consider Confirmation of the Plan* is scheduled for an expedited hearing on the 16th day of December, 2009, at 10:00 a.m., before the Honorable Ronald B. King, United States Courthouse, 615 E. Houston St., Courtroom 3, San Antonio, Texas 78205. Notice of the hearing shall be given by the Debtors.

# # #

Deborah D. Williamson
State Bar No. 21617500
Patrick L. Huffstickler
State Bar No. 10199250
Thomas Rice
State Bar No. 24025613
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION**