# United States Bankruptcy Court

## Western District Of Texas

In re:   **TXCO Resources Inc.**                     Case No. **09-51807**

Court ID (Court use only)_____

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                    Name of Transferor
**Blue Heron Micro Opportunities Fund, LLP**          **Tank 1 Service LLC**

Name and Address where notices to transferee should be sent:    Court Record Address of Transferor
                                                                (Court Use Only)

**Blue Heron Micro Opportunities Fund, LLP**
**P.O. Box 14610**
**Surfside Beach, SC  29587**
**Attn: Claims Processing Dept.**

Phone:
(803) 810-8055

Last Four Digits of Account #:_____          Last Four Digits of Account #:_____

Name and Address where transferee payments      Name and Current Address of Transferor
should be sent (if different from above)         **Tank 1 Service LLC**
                                                **14633 South Padre Island Dr.**
                                                **P.O. Box 99**
                                                **Corpus Christi, TX  78418**

                                                Claim Amount:          **$700.00**

Phone: *Same as Above*                          Phone:

Last Four Digits of Account #:_____          Last Four Digits of Account #:

                                                Court Claim # (if known):

                                                Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:__ /s/David P. Tonner____                    Date:              **1/14/2010**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
| --- |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                           **CLERK OF THE COURT**

JAN-14-2010 02:32PM FROM-TANK 1 SERVICES T-138 P.004/004 F-450

From: Pedro Valladares Fax: +1 (866) 815-7463 ' 105 To: Lynnate Bailey Fax: +1 (381) 949-1314 Page 4 of 4 1/14/2010 11:50

## NOTICE OF CLAIMS PURCHASE AGREEMENT

TANK 1 SERVICE LLC, a(n) Texas Limited Liability Company, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto BLUE HERON MICRO OPPORTUNITIES FUND LLP, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $700.00 (proof of claim amount, defined as the "Claim") against TXCO Resources Inc (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Western District of Texas, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-51807 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the ____14____ day of ____January____ , 2010.

WITNESS _Alyssa Childers_
(Signature)

_Alyssa Childers_
(Print Name and Title of Witness)

_Tank 1 Services, LLC._
(Company Name)

_Lynette Bailey_
(Signature of Corporate Officer)

_Lynette Bailey President_
(Print Name and Title of Corporate Officer)

### BLUE HERON MICRO OPPORTUNITIES FUND LLP

WITNESS _____
(Signature)

_____
(Signature of Fund Representative)

### Exhibit "A"