United States Bankruptcy Court
For the Western District Of Texas

_____
TXCO RESOURCES INC.                    } Chapter 11
                                       }
                                       }                    **FILED**
                                       }                    JAN 2 7 2010
                                       }                    U.S. BANKRUPTCY COURT
                                       }                    BY _____ DEPUTY
                                       } Case No.
                                       } 09-51807
Debtor                                 } Amount $5,051.50
_____

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BEN CRANE ENTERPRISES LLC**
**1004 S MARTIN AVE**
**LAREDO, TX 78043**

The transfer of your claim as shown above in the amount of $5,051.50 has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By _E.H._
Eric Horn
Liquidity Solutions Inc
(201) 968-0001

3105437