# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 09−51807−rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **TXCO Resources Inc and PPL Operating, Inc** , Debtor(s)

## NOTICE OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

To **Ben Crane Enterprises LLC**, Transferor:

You are hereby notified that a Notice of Assignment/Transfer of Claim was filed in the above entitled bankruptcy case purporting to transfer to **Liquidity Solutions Inc ,** Transferee, a claim previously filed by you.

Pursuant to Bankruptcy Rule 3001(e) any objection to the assignment/transfer must be filed within twenty−one (21) days of the date of this notice. If no timely objection is filed, the assignment/transfer will be deemed allowed. A timely filed objection is necessary for a hearing to be held.

Dated:  1/27/10

George D. Prentice II
Clerk, U. S. Bankruptcy Court

BY: Maria T. Esquivel , Deputy Clerk

[Notice Assignment/Transfer of Claim(BK)] [NtcAsgnTrfClmBKintp]