United States Bankruptcy Court
For the Western District Of Texas

| TXCO RESOURCES INC. | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 09-51807 |
| Debtor | } Amount $1,704.00 |

FILED
JAN 27 2010
U.S. BANKRUPTCY COURT
BY_____DEPUTY

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**HUGHES OILFIELD TRANSPORTATION, INC.**
**7020 NORTH COUNTY ROAD, WEST**
**ODESSA, TX 75395**

The transfer of your claim as shown above in the amount of $1,704.00 has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By E.H.
Eric Horn
Liquidity Solutions Inc
(201) 968-0001

3105349