# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 09-51807-rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **TXCO Resources Inc and PPL Operating, Inc** , Debtor(s)

## NOTICE OF ORDER CONFIRMING PLAN

Notice is hereby given of entry of the following order of this Court on 1/27/2010

1204   Order Confirming Chapter 11 Plan (related document(s): 1203 Second and Final Chapter 11 Plan filed by Thomas Rice for Debtor TXCO Resources Inc. (related document(s): 1183 Second Amended Chapter 11 Plan filed by Deborah D. Williamson for Debtor TXCO Resources Inc. related document(s): 946 First Amended Chapter 11 Plan filed by Thomas Rice for Debtor TXCO Resources Inc. (related document(s): 765 Chapter 11 Plan Small Business -(Not Small Business Debtor Case) filed by Deborah D. Williamson for Debtor TXCO Resources Inc. Application for Final Decree due by 7/26/2010 (Order entered on 1/27/2010) (Brisiel, Jana)
and providing further that:

Except as otherwise provided or permitted by the Plan or such order:

a.   The above-named Debtor is released from all dischargeable debts;

b.   The Discharge

   (1)   Voids any judgment at any time obtained; to the extent that such judgment is a determination of the personal liability of the Debtor with respect to any debt discharged under 11 U.S.C. Sec. 1141, whether or not discharge of such debt is waived;

   (2)   operates as an injunction against the commencement or continuation of an action, the employment of process or an act, to collect, recover, or offset any such debt as a personal liability of the Debtor, whether or not discharge of such debt is waived, and,

   (3)   operates as an injunction against the commencement or continuation of an action, the employment of process or an act, to collect or recover from, or offset against, property of the Debtor of the kind specified in 11 U.S.C. Sec. 541(a)(2) that is acquired after the commencement of the case, on account of any allowable community claim, except a community claim that is excepted from discharge under 11 U.S.C. Sec. 523, or that would be so excepted, determined in accordance with the provision of 11 U.S.C. Sec. 523(c) and 523(d); in a case concerning the Debtor's spouse commenced on the date of the filing of the petition in a case concerning the Debtor, whether or not discharge of the debt based on such community claim is waived.

George D. Prentice II
Clerk, U. S. Bankruptcy Court