B 210A (Form 210A) (12/09)

FILED
JAN 2 8 2010
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re: **TXCO RESOURCES INC.,**    Case No. **09-51807**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **OASIS OUTBACK LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**
Last Four Digits of Acct #: _____

Court Claim # (if known): 1060
Amount of Claim: **$3,788.76**
Date Claim Filed: 06/22/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Eric Horn_    Date: 1/27/2010
Eric Horn, Liquidity Solutions Inc
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3105369

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re: **TXCO RESOURCES INC.**,           Case No. **09-51807**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **1060** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **1/27/2010.**

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** <br> Name of Alleged Transferor | **OASIS OUTBACK LLC** <br> Name of Transferee |
| Address of Alleged Transferor: <br> **One University Plaza, Suite 312** <br> **Hackensack, NJ 07601** | Address of Transferee: <br> **OASIS OUTBACK LLC** <br> **2900 EAST MAIN STREET** <br> **UVALDE, TX 78801** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                                   **CLERK OF THE COURT**

3105369

## TRANSFER NOTICE

Oasis Outback Llc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **TXCO RESOURCES INC.** (the "Debtor"), in the aggregate amount of **$2,271.55**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Western District of Texas, administered as Case No. 09-51807.

IN WITNESS WHEREOF, Assignor has signed below as of the 19th day of Jan, 2010

Oasis Outback Llc

_____
(Signature)

_____
(Print Name and Title)

_____
(Signature)

Lisa Ennis
(Print Name of Witness)

TXCO RESOURCES INC.
Oasis Outback Llc